*Veronica L. Davis*
*Attorney at Law*
226 N. Mattson
West Columbia, Texas 77486
(979) 345-2953
(979) 345-5461 facsimile transmission

FILED IN
1ST COURT OF APPEALS
HOUSTON, TEXAS

AUG 31 2015

CHRISTOPHER A. PRINE
CLERK _____

First Court of Appeals
301 Fannin
Houston, Texas 77002

  Re: Cause No. 01-14-01004-CV; Kevin Campbell vs. Catherine Wylie;
    In the Guardianship of Lonnie Phillips, Jr.

Dear Mr. Pringle,

Please find enclosed the fee for a transcript of the court reporter's record and the County Clerk's record. It is my understanding that several supplements have been filed. The one I have is incomplete and does not contain any supplements. Therefore, please send the entire record.

Thank you in advance for mailing same to me at the above listed address.

       Sincerely yours,

       /s/V.L.Davis

       Veronica L. Davis

Veronica L. Davis
Attorney at Law
226 N. Mattson
West Columbia, Texas 77486



CERTIFIED MAIL®

7014 1820 0001 7053 9879

U.S. POSTAGE
PAID
WEST COLUMBIA, TX
77486
AUG 28, 15
AMOUNT
$6.74
R2305K132136-04



77002

First Court of Appeals
301 Fannin
Houston, Texas 77002



1000

7700220&699